# United States Bankruptcy Court
### Eastern District of Michigan

In re **Thalia Marie Jaimez**  
Debtor(s)

Case No.  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Huntington National Bank | **Describe Property Securing Debt:** <br> Residence - Single Family Home <br> Location: 7435 Ann Arbor Street, Dexter, MI 48130 |
|---|---|

Property will be (check one):  
☐ Surrendered  ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt  ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> Saxon Mortgage Service | **Describe Property Securing Debt:** <br> Residence - Single Family Home <br> Location: 7435 Ann Arbor Street, Dexter, MI 48130 |
|---|---|

Property will be (check one):  
☐ Surrendered  ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt  ☐ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Toyota Motor Credit Company** | **Describe Property Securing Debt:**<br>**2009 Toyota Camry SE, 17,000 Miles, Excellent Condition** |

Property will be (check one):
    ☐ Surrendered                                                                ■ Retained

If retaining the property, I intend to (check at least one):
    ■ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                                           ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **August 2, 2010**                       Signature   **/s/ Thalia Marie Jaimez**
                                                                                      **Thalia Marie Jaimez**
                                                                                      Debtor